AGNES T. CONDON, Respondent, *v.* BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK, Appellant.

Argued January 5, 1956; decided February 16, 1956.

*Peter Campbell Brown, Corporation Counsel (Edward J. McLaughlin, Seymour B. Quel* and *Louis J. Montelione* of counsel), for appellant.

*A. Mark Levien* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL and VAN VOORHIS, JJ. Taking no part: DYE and BURKE, JJ.